RECEIVED BY
Judges' Chambers
Date: 10-17-18

IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE

| | |
|---|---|
| MICHELE SEXTON and<br>BRANT GAMBLE,<br>derivatively on behalf of Legacy Physician<br>Partners, LLC,<br><br>MICHELE SEXTON,<br>in her individual capacity,<br><br>and<br><br>BRANT GAMBLE,<br>in his individual capacity,<br><br>      Plaintiffs,<br><br>v.<br><br>CHRISTOPHER KELLY, and<br>DONALD BIVACCA,<br><br>      Defendants,<br><br>and<br><br>LEGACY PHYSICIAN PARTNERS, LLC,<br><br>      Nominal Defendant. | FILED 10/15/18<br>ENTERED 10/18/18<br>BOOK_____ PAGE_____<br>ELAINE B. BEELER, Clerk & Master<br><br><br>Civil Action No. 47696 |

### AGREED ORDER REQUIRING NOTICE OF SALE AND HOLDING MOTION FOR TEMPORARY RESTRAINING ORDER IN ABEYANCE PENDING RECEIPT OF SAME

It appearing to the Court, based on the signatures below of counsel for the parties, that an agreement has been reached whereby Defendants have agreed to provide Plaintiffs notice of a sale of Legacy Physician Partners, LLC ("LPP"), to be provided no less than fifteen (15) days of the date set for closing, and the motion for temporary restraining order will be held in abeyance until that time. Based upon the foregoing, Court hereby orders:



1. Defendants shall provide Plaintiffs notice of any sale of the equity or substantially all of the assets of LPP, or a substantially equivalent transaction, including retirement of debt, no less than fifteen (15) days prior to the closing of the sale, at which time Plaintiffs may pursue their motion for temporary restraining order in all respects;

2. Plaintiffs may proceed with their motion for preliminary injunction upon proper notice under the Tennessee Rules of Civil Procedure.

ENTER this 12 day of OCT, 2018.

CHANCELLOR
Judge Joseph A. Woodruff

SUBMITTED FOR APPROVAL:

BRADLEY ARANT BOULT CUMMINGS LLP

By: _____
    Russell B. Morgan (No. 20218)
    Jason C. Palmer (No. 36146)
    1600 Division Street, Suite 700
    P.O. Box 340025
    Nashville, Tennessee 37203
    Phone: (615) 252-2311
    Fax: (615) 252-6311
    rmorgan@bradley.com

*Attorneys for Plaintiffs*


BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

By: John Hicks By RBM w/ Approval
    John S. Hicks (No. 10478)
    Baker Donelson Center, Suite 800
    211 Commerce Street
    Nashville, Tennessee 37201
    (615) 726-7337
    (615) 744-7337 (Facsimile)
    jhicks@bakerdonelson.com

*Attorney for Defendants*

**CLERK'S CERTIFICATE**
I hereby certify that a true and exact copy of foregoing has been mailed or delivered to all parties or counsel of record
10/22/18    [signature] DC
Date    Clerk & Master