# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 18-07868 |
| | ) |
| **CHRISTOPHER ROBERTS KELLY** | ) Chapter 11 |
| | ) |
| | ) |
| **Debtor.** | ) Judge Walker |

## U.S. TRUSTEE'S MOTION TO CONVERT

The U.S. Trustee, Region 8, moves the Court for an order pursuant to 11 U.S.C. § 1112(b)(1) to convert this Chapter 11 case, or in the alternative, to dismiss this case. This motion is excluded from Local Rule 9013 and, pursuant to 11 U.S.C. § 1112(b)(3), the U.S. Trustee requests a hearing date as soon as possible, and not later than 30 days after the filing date of this motion. In support of this Motion, the U.S. Trustee asserts as follows:

1.  This Court has jurisdiction to hear and determine this Motion pursuant to 28 U.S.C. § 157(b)(2)(A).

2.  Pursuant to 28 U.S.C. § 586(a)(3)(G), the U.S. Trustee is charged with monitoring the progress of cases under the Bankruptcy Code and taking such actions as the U.S. Trustee deems appropriate to prevent undue delay in such progress. The U.S. Trustee has standing to be heard on this Motion to Convert pursuant to 11 U.S.C. § 307.

3.  On November 26, 2018, Christopher Roberts Kelly ("Debtor") filed a bankruptcy petition seeking relief under Chapter 11 of the Bankruptcy Code.

4.  Although the U.S. Trustee explained to Debtor at the Initial Debtor Interview that operating reports are due the 15th day of the following month, Debtor has not filed December 2018, January, June and July 2019 monthly operating reports. As a result, the U.S. Trustee, the Court or his creditors are unable to properly monitor Debtor's dealings in bankruptcy.

5. Debtor has also failed to pay his U.S. Trustee quarterly fees for the first and second quarters of 2019 in the amount of $1,300.

6. Section 1112(b)(1) of the Bankruptcy Code mandates that the bankruptcy court convert or dismiss a chapter 11 case, whichever is in the best interests of creditors and the estate, if the movant establishes cause. *In re V Companies,* 274 B.R. 721, 740 (Bankr. N.D. Ohio 2002). Section 1112(b)(4) of the Bankruptcy Code fails to define the term "cause," but provides a non-exclusive list of circumstances that constitute "cause" for conversion or dismissal. *In re Fall*, 405 B.R. 863, 867 (Bankr. N.D. Ohio 2009). Cause includes failure to timely file monthly operating reports and pay quarterly fees. 11 U.S.C. § 1112(b)(4)(F) & (K).

7. Cause exists in this case because Debtor has repeatedly failed to file timely operating reports or pay quarterly fees as detailed above. 11 U.S.C. § 1112(b)(4)(F)&(K).

8. As the docket reflects that there may be significant equity in Debtor's assets, conversion appears to be in the best interest of its creditors. In the alternative, the U.S. Trustee requests that this case be dismissed.

9. The U.S. Trustee also requests that Debtor's counsel file his fee application within 30 days.

WHEREFORE, the U.S. Trustee respectfully requests that the Court enter an Order converting Debtor's case and requiring counsel to file a fee application within 30 days, and other such other relief as may be appropriate.

Respectfully submitted,

PAUL RANDOLPH,
ACTING US TRUSTEE, REGION 8

  /s/ Natalie Cox
NATALIE COX
Assistant U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
(615) 736-2259; (615) 736-2260 (Fax)
Natalie.Cox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on August 29, 2019, a copy of the foregoing document was sent electronically to registered ECF users and by first class mail, postage prepaid, to the entities listed on the attached mailing matrix:

/s/ Terri Whitman
TERRI WHITMAN

```
Label Matrix for local noticing            (p)FORD MOTOR CREDIT COMPANY              LEFKOVITZ AND LEFKOVITZ, PLLC +
0650-3                                     P O BOX 62180                             618 CHURCH ST STE 410
Case 3:18-bk-07868                         COLORADO SPRINGS CO 80962-2180            NASHVILLE, TN 37219-2452
MIDDLE DISTRICT OF TENNESSEE
Nashville
Wed Aug 28 15:41:14 CDT 2019

SunTrust Bank, as serviced by SunTrust Bank   701 Broadway Room 170                  (p)BANK OF AMERICA
Brock and Scott, PLLC                         Nashville, TN 37203-3979                PO BOX 982238
Shilpini Burris                                                                       EL PASO TX 79998-2238
6 Cadillac Dr. Suite 140
Brentwood, TN 37027-5080

Brant Gamble                               Brant Gamble                              Chase Card
c/o Austin McMullen                        c/o Russell Morgan, Bradley Arant Boult   P.o. Box 15298
Bradley Arant Boult Cummings, LLP          1600 Division St, STE 700                 Wilmington DE 19850-5298
1600 Division St., Ste. 700                Nashville TN 37203-2771
Nashville, TN 37203-2771

Citi Shell                                 Frd Motor Cr                              Gs Bank Usa
Po Box 6497                                Po Box Box 542000                         Po Box 45400
Sioux Falls SD 57117-6497                  Omaha NE 68154-8000                       Salt Lake City UT 84145-0400


Lori Kelly                                 Michele Sexton                            Michele Sexton
c/o Phillip G. Young, Jr.                  c/o Austin McMullen                       c/o Russell Morgan, Bradley Arant Boult
Thompson Burton PLLC                       Bradley Arant Boult Cummings, LLP         1600 Division St, STE 700
6100 Tower Circle, Suite 200               1600 Division St., Ste. 700               Nashville TN 37203-2771
Franklin, TN 37067-1465                    Nashville, TN 37203-2771

PROSPER FUNDING LLC                        Prosper Marketplace In                    SunTrust Bank
C O WEINSTEIN & RILEY, PS                  221 Main St Ste 300                       Bankruptcy Department RVW 3034
2001 WESTERN AVENUE, STE 400               San Francisco CA 94105-1909               PO Box 27767 Richmond, VA 23261
SEATTLE, WA 98121-3132

Suntrust Bank/cc 510                       US TRUSTEE +                              CHRISTOPHER ROBERTS KELLY
1001 Semmes Ave                            OFFICE OF THE UNITED STATES TRUSTEE       200 21ST AVE SOUTH
Richmond VA 23224-2245                     701 BROADWAY STE 318                      APT 1018
                                           NASHVILLE, TN 37203-3966                  Nashville, TN 37203-2551

Lori Kelly
c/o Phillip G. Young
6100 Tower Circle, Suite 200
Franklin, TN 37067-1465
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FORD MOTOR CREDIT COMPANY LLC              Bk Of Amer                                (d)Ford Motor Credit Company LLC
Dept. 55953, P.O. Box 55000                Po Box 982238                             Dept 55953
Detroit, MI 48255-0953                     El Paso TX 79998                          P O Box 55000
                                                                                     Detroit MI, 48255-0953
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SunTrust Bank

(d)Brant Gamble
c/o Austin McMullen
Bradley Arant Boult Cummings, LLP
1600 Division St., Ste. 700
Nashville, TN 37203-2771

(d)Michele Sexton
c/o Austin McMullen
Bradley Arant Boult Cummings, LLP
1600 Division St., Ste. 700
Nashville, TN 37203-2771

End of Label Matrix
Mailable recipients    21
Bypassed recipients     3
Total                  24