Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/30/2019



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-07868 |
| | ) | |
| CHRISTOPHER ROBERTS KELLY | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Walker |

## AGREED ORDER DISMISSING CASE

This matter came before the Court on September 24, 2019 as a result of the U.S. Trustee's Motion to Convert Pursuant to 11 U.S.C. § 1112(b) (Docket Entry 126). After negotiation, the parties have agreed that the case should be dismissed instead of converted. Debtor shall pay the U.S. Trustee quarterly fees, in the projected amount of $1,300, within 7 days of this order being entered.

IT IS THEREFORE ORDERED that Debtor's Chapter 11 case is dismissed.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE

Agreed & Accepted for Entry:

| | |
|---|---|
| PAUL RANDOLPH , <br> ACTING U.S. TRUSTEE, REGION 8 | DEBTOR'S COUNSEL |

BY:  /s/ Megan Seliber                     /s/ Steve Lefkovitz (MRS w/ permission 9/24/19)
MEGAN SELIBER                              STEVE LEFKOVITZ
Trial Attorney for the U.S. Trustee        Lefkovitz and Lefkovitz
318 Customs House, 701 Broadway            618 Church Street, Suite 410
Nashville, TN 37203                        Nashville, TN  37219
615-695-4060; 615-736-2260 (fax)           615-256-8300; 615-250-4926 (fax)
Megan.Seliber@usdoj.gov                    slefkovitz@lefkovitz.com


COUNSEL FOR CREDITOR LORI KELLY

/s/ Phillip Young (w/ permission 9/24/19)
PHILLIP G YOUNG
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
615-465-6008; 931-381-0058 (fax)
Email: phillip@thompsonburton.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.